IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:11-CV-34-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **DEFAULT JUDGMENT** |
| v. ) | |
| ) | |
| $4,794.00 IN U. S. CURRENCY, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on Plaintiff's Motion for Default Judgment. It appearing that a copy of the Complaint herein was served upon the record owner, Tremell Rashaud McKinney, of the defendant and that publication has been duly made, in accordance with Supplemental Rule G(4), and, thus, that due notice was given accordingly, the Court finds that:

1. Process was duly issued in this cause and the defendant was duly seized by the United States Marshal Service pursuant to said process;

2. On February 22, 2011, the United States attempted service via certified mail return-receipt upon potential claimant, Nakesha McCray, at her last known address, 81 Shelley Road, Hampstead, NC 28443. The certified mail return-receipt was returned unclaimed by the U. S. Postal Service on February 25, 2011. On May 11, 2011, the United States, again in an attempt to effect service upon potential claimant, Nakesha McCray, issued a USM-285 Process Receipt and Return Form to the U. S. Marshal

Service for personal service at 1794 Liz Lane, NE, Leland, North Carolina, 130 Dupree Drive, Apt. 6, Wilmington, North Carolina, and/or 1238 Carnation Court, Wilmington, North Carolina. On June 1, 2011, the U. S. Marshal's Service filed the USM-285 Process Receipt and Return Form with the Court advising of its unsuccessful attempts made to effect personal service upon potential claimant, Nakesha McCray (Doc. #11). Appropriate notice by publication has also been made. Thus, every reasonable attempt to actually provide notice to the potential claimant has been made.

    3. No entitled persons have filed any claim to the defendant nor answer regarding it within the time fixed by law; and

    4. The well-plead allegations of the Complaint in respect to the defendant are taken as admitted, as no one has appeared to deny the same.

    Based upon the above findings, it is hereby

    ORDERED AND ADJUDGED that:

    1. Default judgment be and the same is hereby entered against the defendant;

    2. All persons claiming any right, title, or interest in or to the said defendant are held in default;

    3. The defendant is forfeited to the United States of America; and

2

Case 7:11-cv-00034-FL   Document 18   Filed 09/26/11   Page 2 of 3

4. The United States Marshal Service is hereby directed to dispose of the defendant according to law.

SO ORDERED this 26th day of September, 2011.

_____
LOUISE W. FLANAGAN
CHIEF UNITED STATES DISTRICT JUDGE

3